FILED
2015 Jul-28  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV201500213

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ - ☐☐<br>Date of Filing:   Judge Code:<br>☐☐ ☐☐ ☐☐☐☐<br>Month  Day  Year |
|---|---|---|

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF _____, ALABAMA

*Brian Keith Johnson*                                    *(Name of County)*
_____ v. *Springleaf Financial Services*
Plaintiff                                                     Defendant

First Plaintiff ☐ Business  ☑ Individual          First Defendant ☑ Business  ☐ Individual
☐ Government ☐ Other                                        ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

TORTS: PERSONAL INJURY
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

OTHER CIVIL FILINGS
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seamen (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER:
                                                        DISTRICT COURT
                         R ☐ REMANDED        T ☐ TRANSFERRED FROM
                                                        OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES  ☑ NO     Note: Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED        ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
☐☐☐☐☐☐           *6-12-15*                          *Brian Keith Johnson*
                       Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☐ UNDECIDED



EXHIBIT
1

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV201500213 |
| --- | --- | --- |

IN THE _Circuit Civil_ COURT OF _Jefferson_ COUNTY

Plaintiff _Brian Keith Johnson_ v. Defendant _Springleaf Financial Services_
_430 Green Springs Hwy. St. 13_
_Homewood, AL 35209-4923_

NOTICE TO _Springleaf Financial Services_
_430 Green Springs Hwy. St 13 Homewood, AL 35209-4923_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE
ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF
YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH
THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR
YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Pro Se_ WHOSE
ADDRESS IS _Brian Keith Johnson_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND
COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the
defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of Civil Procedure.

Date _JUN 1 5 2015_    _Anne Marie Adams_    By: _____
Clerk/Register

[ ] Certified Mail is hereby requested.    _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 12 2015

ANNE-MARIE ADAMS
CLERK
(Date)

[ ] Return receipt of certified mail received in this office on _____

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____
in _____ County,
Alabama on _____.
(Date)

_____
Date

_____
Server's Signature

_____
Type of Process Server

_____
Address of Server

_____
Phone Number of Server

DOCUMENT 2

CV201500213

Complaint

The plaintiff claims the defendant owes the plaintiff the sum of $145,000.00 because on or before November 16, 2014. Springleaf Financial Services used my Social Security number to obtain a loan for another customer of theirs without my knowledge as well as my personal cell phone number that indicates that this could have been an inside act of fraud that went wrong. This was done without my permission which violates my rights under the Fair Credit Reporting Act. The plaintiff also claims from the defendant the sum for all court cost.

_Brian Keith Johnson_

Plaintiff or Plaintiff's Attorney (Signature)

_205-_ ▮▮▮▮▮▮

Plaintiff or Plaintiff's Attorney's Phone Number

_6-12-15_

Date

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

**JUN 12 2015**

ANNE-MARIE ADAMS
CLERK

BRIAN KEITH JOHNSON TRUTHFUL AFFIDAVIT TESTIMONY REGARDING FAIR CREDIT REPORTING ACT/STRESS AND ANXIETY.

**County: Jefferson**
**Birmingham, AL**

In the state of Alabama, County of Jefferson, I Brian Keith Johnson, being duly sworn, deposes and says that he is a resident of the State of Alabama. Hereby states as follows:

On Tuesday, November 19, 2013 I Brain Keith Johnson received a telephone call from Springleaf Financial Services located at 450 Green Springs Hwy, Suite 13, Homewood, AL from customer specialist, Kathy McCowan, per the conversation Ms. McCowan was calling to notify me that a loan was in progress in my name Brian Keith. Johnson, beginning November 16, 2013.

I informed Ms. McCowan that I had not spoken with her, nor applied for any loans at this time. Ms. McCowan stated that I had submitted a loan application with her over the phone on November 16, 2013. In an effort to explain to Ms. McCowan, that I, Brian Keith Johnson had no knowledge of a loan application at this time. Ms. McCowan, stated that the loan in the amount of $2100 dollars had been processed and further implied that I had wasted her time. The call ended at this point.

On Wednesday, November 20, 2013 around 9:20 in the morning I, Brian Keith Johnson called back to Springleaf Financial to speak with a manager concerning this matter after the conversation with Ms. McCowan. I Brian Keith Johnson checked my credit report and found that my points had been removed from my credit score from an inquiry from Springleaf Financial. I explained my concerns with the branch manager Jay Johnson he informed me that he would need to call me back. I received a call back from Mr. Jay Johnson at approximately 9:54 a.m. the branch manager at Springleaf Financial, he stated that Ms. Kathy McCowan had indeed ran my credit by mistake in an attempt to process a loan for another customer. Mr. Johnson stated he would get in contact with the home office to get my points back on my credit report. I asked Mr. Jay Johnson how long would this process take. He stated up to several weeks.

I, Brian Keith Johnson acknowledge that this is a direct violation of the Fair Credit Reporting Act; this has caused me stress and anxiety. I did not give permission for my name or credit to be used in this loan application. This mistake on Springleaf Financial part could have resulted in identity theft, adverse or unfavorable credit ratings as well as fraud. This concludes my personal and truthful testimony pertaining to the incident that occurred on November 16, 2013.

**CONCLUSION:**

The fact that Springleaf Financial has violated the Fair Credit Reporting Act of 1970, 15 U.S.C. §§ 1681-1681u. See case <u>Angela Williams v. Equifax Information Solutions</u>, LLC: Circuit Ct. or 9th Judicial Circuit, Orange County, Florida -- No. 48-2003-CA-9035-O; order dated Nov. 17, 2007; jury verdict, Nov. 30, 2007.) I Brian Keith Johnson am asking Springleaf Financial to compensate me for the damages and injuries that their company has caused in the amount of 1.5 million US dollars and to repair my credit score. This will be the only fair thing to do at this

BRIAN KEITH JOHNSON TRUTHFUL AFFIDAVIT TESTIMONY REGARDING FAIR CREDIT
REPORTING ACT/STRESS AND ANXIETY.

point. I will be willing to a fair settlement between the two parties me, Brian Keith Johnson and
Springleaf Financial Services.


This is a 10 day notice to reply to or legal proceedings will begin.


Respectfully yours,

Brian Keith Johnson

Brian Keith Johnson

Birmingham, AL 35204
(205)
(205)



cc: Springleaf Financial Services
    Attn: Compliance Services

    Springleaf Financial
    Homewood, AL 35209

DOCUMENT 2

BRIAN KEITH JOHNSON TRUTHFUL AFFIDAVIT TESTIMONY REGARDING FAIR CREDIT
REPORTING ACT/STRESS AND ANXIETY.

In witness whereof he had hereto set his hand and seal.

_Willie J. Griffin_
                          **(SEAL)**

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 26, 2014
BONDED THRU NOTARY PUBLIC UNDERWRITERS
                          **(Title)**

I, _WILLIE J. Griffin_ , a Notary Public of the County and State aforesaid,
hereby certify that _Brian K. Johnson_ personally known to me to be the
affiant in the foregoing affidavit, personally appeared before this day and having been by duly
sworn deposes and says that the facts set forth in the Witness my hand and official seal this the
_02_ day of _DEC, 2013_

Notary Public
My Commission expires:

_02 / 26 / 2014_


**Springleaf**
Lending made personal

Springleaf Financial Services
A Touch of Class Plaza
1351 Decatur Hwy., Ste. 101 & 103
P.O. Box 836
Fultondale, AL 35068-0836
T 205.841.1364 F 205.841.7146
W SpringleafFinancial.com

December 4, 2013

Mr. Brian K. Johnson

Birmingham, AL 35204

Re:     Your Credit Report

Dear Mr. Johnson:

I am in receipt of your correspondence dated December 2, 2013, related to an incident in which an employee of Springleaf Financial Services of Alabama, Inc. inadvertently requested a copy of your credit report. The employee mistakenly believed that you had applied for credit after taking a phone call from a customer with a similar name.

The mistake was quickly discovered and no action was taken in reliance on your credit report. Springleaf has filed a request with the 3 major credit bureaus requesting that its credit inquiry be deleted from your record. Thus, contrary to your assertion, this mistake cannot possibly result in identity theft, an adverse credit rating or fraud.

Please advise if you have sustained any tangible, concrete damage as a result of this incident. If not, we will assume that this matter is concluded.

Very truly yours,

Mark K. Muncher
District Manager


**90**+
YEARS IN
BUSINESS

DOCUMENT 2

FRONT  **ALABAMA UNIFORM INCIDENT/OFFENSE REPORT**  1 OF 3

| 1 ORI # | | 2 Date of Report | 3 Time of Report | 4 □ AM □ PM □ MIL | Indicate: □ Incident □ Offense □ Supplement | 5 Supplement Date | 6 Agency Case Number |
|---|---|---|---|---|---|---|---|
| A L 0 0 1 1 0 0 0 | | 12  04  13 | 16 17 | | | | 2 0 1 3 - 0 0 0 3 1 2 5 6 |

| 8 Agency Name | | 9 Sector |
|---|---|---|
| **Homewood Police Department** | | |

| 10 Type of Incident or Offense | □ Felony  □ Misdemeanor  □ Attempted  □ Completed | 11 Degree (Circle) 1 2 3 | 12 UCR Code | 13 State Code/Local Ordinance |
|---|---|---|---|---|
| 14 Type of Incident or Offense | □ Felony  □ Misdemeanor  □ Attempted  □ Completed | 15 Degree (Circle) 1 2 3 | 16 UCR Code | 17 State Code/Local Ordinance |

18 Place of Occurrence  □ Check here if event occurred at victim's residence

Victim Demographics (Where victim is an individual)

| 19 Sex □ M □ F | 20 Race □ W □ A □ B | 21 Ethnicity □ Hispanic □ Other | 22 Multiple □ Victims □ LE Officer | 23 Age 43 |
|---|---|---|---|---|

If offense occurred at victim's residence, then only the approximate location should be listed in this section. (For example, a block number should be entered.) If the offense occurred elsewhere, then the specific address should be listed here.

| 24 Offender Suspected of Using □ Alcohol  □ Computer Equipment | □ Drugs  □ N/A | 25 | 26 □ Juvenile Gang □ Adult Gang □ None/Unknown | 26 Has Bias □ Yes □ No | 27 Bias Code |
|---|---|---|---|---|---|

| 29 Point of Entry □ Door □ Roof □ Window □ Other | 30 Method of Entry □ Forcible □ No Force □ Attempted Forcible | 31 Local Use | 32 Lighting 1 Natural 2 Moon 3 Artificial Exterior 4 Artificial Interior 5 Unknown | 33 Weather 1 Clear 2 Cloudy 3 Rain 4 Fog 5 Snow 6 Hail 7 Unknown | 34 Location Type (Circle) 01 Terminal 02 Bank 03 Bar 04 Church 05 Commercial 06 Construction 07 Conv Store 08 Dept Store | 09 Drug Store 10 Field/Woods 11 Gov't/Public Building 12 Supermarket 13 Highway/Street 14 Hotel/Motel 15 Jail/Prison 16 Lake/Waterway | 17 Liquor Store 18 Parking Lot/Garage 19 Storage Facility 20 Residence/Home 21 Restaurant 22 School/College 23 Service/Gas Station 24 Specialty Store 25 Other/Unknown |
|---|---|---|---|---|---|---|---|
| 35 Occurred from MM/DD/YY 12  04  13 | 36 Time of Event □ AM □ PM 08:00 | 37 Day of Week **Wednesday** | | | | | |
| 38 Occurred to MM/DD/YY 12  04  13 | 39 Time of Event □ AM □ PM 17:00 | 40 Day of Week **Wednesday** | 41 □ Premise Entered (Burglary) | | | | |

| 42 Type Criminal Activity | A Buying/Receiving  C Cultivating/Manu | D Distributing/Selling  E Exploiting Children | O Operating/Promoting  P Possessing/Concealing | T Transporting/Importing  U Using/Consuming | 43 Victim Type | ○ Individual  F Financial (Bank)  S Business  G Government | R Religious Org  S Society |
|---|---|---|---|---|---|---|---|

| 44 Loss Code | 45 Property Code | 46 Qty | 47 | Property Description Include Make, Model, Size Type, Serial #, Color, Drug Type, Drug Qty, Etc. | | 48 Dollar Value Stolen | Damaged | 49 Recovered Date | Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Loss Code

(Enter letter in loss code column)
S Stolen
R Recovered
D Damaged
 Destroyed
C Confiscated
 Seized
B Burned
F Forged
 Counterfeited
N None

Property Code
(Enter # on property type column)
01 Aircraft
02 Alcohol
03 Autos
04 Bicycles
05 Buses
06 Clothes
07 Computer
08 Consumables
09 Credit Card
10 Drugs
11 Drug Equip
12 Farm Equip
13 Firearms
14 Gambling Equipment
15 Heavy Construction
16 Household Goods
17 Jewelry
18 Livestock
19 Merchandise
20 Money
21 Negotiable Instrument
22 Non-negotiable Instru
23 Office Equipment
24 Other Motor Vehicle
25 Purse/Wallet
26 Radios/TV/VCR
27 Recordings
28 RV's
29 Structure - Single Occupancy Dwelling
30 Structure - Other Dwelling
31 Structure - Other Commercial
32 Structure - Industrial/Manufacturing
33 Structure - Public/Community
34 Structure - Storage
35 Structure - Other
36 Tools - Power/Hand
37 Trucks
38 Vehicle Parts/Accessories
39 Watercraft
77 Other

□ Continued on Supplement

| 50 Stolen Vehicle Only | Area Stolen □ Business □ Rural | □ Residence □ Ownership □ Tag Receipt □ Title | 62 Veh. Categories | □ Recovered □ Suspect's Vehicle | □ Victim's Vehicle □ Unauthorized Use | □ Abandoned □ Other |
|---|---|---|---|---|---|---|
| 53 Vehicle Year | 54 Vehicle Make | | 55 Vehicle Model | 56 Number Veh Stolen | 57 Vehicle Description | |
| 58 Vehicle Style | 59 Vehicle Color Top  Bottom | | | | 60 License | 61 LSY 62 LIY 63 Tag Color |
| 64 Vehicle VIN Number | | | | | 65 Warrant Signed □ Yes □ No | Warrant Number |
| Motor Vehicle Recovery Only Required For 24XX UCR Code | 66 Stolen in your jurisdiction? □ Yes □ No  Where? | | | | 67 Recovered in your jurisdiction? □ Yes □ No  Where? | |
| 68 Case # | | 69 SFX | 70 Case # | | 71 SFX | 72 Case # 73 SFX |

| 74 Case Status ○ 1 Pending  2 Inactive  3 Closed | 75 Multiple Cases Closed Listed Above □ Multiple Cases Closed Listed On Supplement □ | | 79 Reporting Officer  Ferguson, Gabriel | | Officer ID Number |
|---|---|---|---|---|---|
| 76 Entered NCIC/ACJIC □ Yes  □ No  Date (MM/DD/YY) | 77 Case Disposition | 78 Exceptional Clearance (Circle One) A Suspect/Offender Dead B Prosecution Declined C Extradition Denied D Victim Refused to Cooperate E Juvenile (No Custody) F Death of Victim | 80 Assisting Officer | | Officer ID Number |
| NIC/AIC #: | 1 Cleared by Arrest (Juvenile) 2 Cleared by Arrest (Adult) 3 Unfounded 4 Exceptional Clearance 5 Administratively Cleared | | 81 Supervisor Approval | | Officer ID Number |
| | | | 82 Watch Commander | | Officer ID Number |

Case 2:15-cv-01268-RDP   Document 1-1   Filed 07/28/15   Page 9 of 74

DOCUMENT 2

**BACK** — Homewood Police Department

THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER   **2 OF 3**

Incident/Offense Report - Continued

| 93 Date of Report (MM/DD/YY) | 54 Time of Report | 55 Agency Case Number |
|---|---|---|
| 12  04  13 | 16:17 | 2 0 1 3 - 0 0 0 3 1 2 5 6 |

87 ☐ Offender ☒ Suspect ☐ Missing Person   ☐ Check if Multiple

**VICTIM INFORMATION**

95 Victim (Last, First, Middle Name): **JOHNSON, BRIAN, KEITH**

97 Address (Street, City, State, Zip): **BIRMINGHAM, AL 35204**

| 105 Sex ☒M | 107 Race ☒W | 109 HGT 5'8 | 110 WGT 170 | 111 Date of Birth  70 | 112 Age 43 |
|---|---|---|---|---|---|

123 Place of Occurrence: **430 GREEN SPRINGS HWY 13   Homewood, AL 35209**

126 Description: **Homicide & Assault**

**SUSPECT INFORMATION**

133 Name (Last, First, Middle): **MCCOWAN, KATHY**

141 Address (Street, City, State, Zip): **430 GREENSPRINGS HWY 13  HOMEWOOD, AL 35209**

160 Sex ☒M

**WITNESSES**

**NARRATIVE**

203   12-04-13, 429, INCIDENT

On 12-04-13, Brian Keith Johnson reported that he received a call from Kathy McCowan from Springleaf Financial, 430 Greensprings Hwy, Homewood, AL. Johnson stated that McCowan told him that he had a loan check for $2100.00 at the business. Johnson stated that he told McCowan he did not try to get a loan at the company. Johnson said he then check his credit history and discovered that Springleaf Financial ran his credit history without his permission. Johnson said that because his credit history was ran through the credit bureau his credit stats will be lowered. Johnson said that the manager of Springleaf, Jay Johnson, told him that there was a mix up and Brian Keith Johnson's social security number was accidentally ran for another customer, Eric Johnson. Johnson claims that this violates the Fair Credit Report Act of 1970, 15 U.S.C. 1681-1691u. I, Officer Ferguson went inside to get the information of Jay Johnson and he referred me to his district manager, Mark Muncher (205-841-1364  mark.muncher@Springleaf.com). Muncher spoke

DOCUMENT 2

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

Homewood Police Department

3   3

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 70 Date and Time of Report | | | | | | | | | | | 80 Case # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 0 | 4 | 1 | 3 | 16 | 17 | ☐ AM | ☐ PM | ☒ MIL | 2 | 0 | 1 | 3 | - | 0 | 0 | 0 | 3 | 1 | 2 | 6 | 6 |
| | 63 Type Report ☒ 1 Continuation | | | | | | ☐ 2: Follow-up | | | | | | | | | | | | | | |

**NARRATIVE**

**12-04-13, 429, INCIDENT**

to me via telephone and stated that the error correction was sent to the credit bureau and that the legal dept is handling the case to take care of it. Muncher also stated that two forms of ID would have to be presented before anyone could pick up a loan check. Johnson stated that he does plan to pursue civil action against Springleaf Financial.

**NARRATIVE**

**NARRATIVE**

☐ Continued on Additional Supplement

Birmingham, Alabama 35204

December 6, 2013

Springleaf Financial Services
A Touch of Class Plaza
1351 Decatur Hwy, Ste101 & 103
PO Box 836
Fultondale, AL 35068-0836

Re: Receipt of Letter

Attention: Mr. Mark K. Muncher- District Manager

I am writing in response to your letter dated December 4, 2013, related to the incident which
occurred on behalf of Springleaf Financial Services of Alabama Inc. Due to your admission of the
mistake that was made by your employee Kathy McCowan, this was a direct violation of the Fair
Credit Reporting Act.

Your company admittedly acknowledges that they will have to contact the three main credit
bureaus to request that this inquiry is removed from my credit records. The concrete damage
is the mistake as defined; as an error or fault resulting from defective judgment, deficient
knowledge, or carelessness. Contrary to your assertion identity theft is defined; as the illegal
use of using someone else's personal information (as a Social Security number) in order to
obtain money or credit. Due to the fact that my Social Security number and name was used
without my permission my identity has been compromised.

Mr. Muncher, it is tangible and concrete that the incident is a violation of my rights and the Fair
Credit Reporting Act. The fact is Springleaf Financial Services Inc. committed the violation and
admitted that they made a mistake but will not be responsible nor compensate me for the
stress that they have knowingly caused me Brian Keith Johnson.

DOCUMENT 2

CONCLUSION: The fact that Springleaf Financial has violated the Fair Credit Reporting Act of 1970, 15 U.S. C. §§ 1681-1681u. See case <u>Angela Williams v. Equifax Information Solutions</u>, LLC: Circuit Ct. or 9th Judicial Circuit, Orange County, Florida – No. 48-2003-CA-9035-O; order dated Nov. 17, 2007; jury verdict, Nov. 30, 2007.) I Brian Keith Johnson am asking Springleaf Financial to compensate me for the damages and injuries that their company has caused in the amount of 1.5 million US dollars and to repair my credit score. This is the only lawful thing to do at this point. I will be willing to a fair settlement between the two parties Springleaf Financial Services Inc. and Brian Keith Johnson.

Respectfully yours,

*Brian Keith Johnson*

Brian Keith Johnson
(205) ▮▮▮▮▮
(205) ▮▮▮▮▮

cc: Springleaf Financial Services Inc.
    Attn. Compliance Services

    Springleaf Financial Services Inc.
    Homewood, Alabama 35209

DOCUMENT 2

In witness whereof he had hereto set his hand and seal.

 

 

_____  (SEAL)

*willis J Griffin*

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 26, 2014   (Title)
BONDED THRU NOTARY PUBLIC UNDERWRITERS

I, WILLIE J. GRIFFIN , a Notary Public of the County and State aforesaid,
hereby certify that BRIAN K. JOHNSON           personally known to me to be the
affiant in the foregoing affidavit, personally appeared before this day and having been by duly
sworn deposes and says that the facts set forth in the Witness my hand and official seal this the
08 day of DEC, 2013 .

Notary Public
My Commission expires:

26 / FEB / 2014 .



January 3, 2014

Springleaf Finance, Inc.
601 N.W. Second Street
P.O. Box 59
Evansville, IN 47701-0059
T 812.424.8031

Mr. Brian K. Johnson

Birmingham, AL 35204

Re:     Your Letter Dated December 6, 2013

Dear Mr. Johnson:

Your letter of December 6, 2013 to Mark Muncher has been referred to me for a response. I have reviewed Springleaf's inadvertent accessing of your credit report and concluded that you do not have a claim for violating the Fair Credit Reporting Act ("FCRA").

As the facts have been explained to me, an employee of Springleaf Financial Services of Alabama, Inc. mistakenly requested a copy of your credit report. The employee believed that you had applied for credit after taking a phone call from a customer with a similar name. The mistake was quickly discovered and no action was taken in reliance on your credit report. Springleaf asked the 3 major credit bureaus to delete this credit inquiry from your record.

Section 1681o of the FCRA provides in pertinent part:

> (a)  Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of-
>
> (1) any actual damages sustained by the consumer as a result of the failure...

You allege no such "actual damages". No credit was extended to anyone based on your credit report; thus, no claim of identity theft is credible. Your claim for compensation for stress is not recognized in Alabama federal courts without a physical manifestation of emotional distress. See Nagle v. Experian Information Solutions, Inc., 297 F.3d  1305 (11th Cir. 2002); Riley v. General Motors Acceptance Corporation, 226 F.Supp. 2d 1316 (S.D.Ala. 2002); Thomas v. GulfCoast Credit Services, Inc., 214 F.Supp. 2d 1228 (M.D.Ala. 2002). You have not made any claim that Springleaf's actions have caused a physical manifestation of stress.



DOCUMENT 2

January 2, 2014
Page 2

Your reference to <u>Williams v. Equifax Information Solutions, LLC,</u> Case No. 48-2003CA-9035-O, is not relevant.  In that case, over the course of 13 years, Equifax would remove trade-lines showing derogatory collection, charge-off and repossession information related to the credit of someone other than Angela Williams from her credit report, only to have the accounts reappear on subsequent reports.  The reporting of approximately 25 false accounts over a number of years resulted in repeated denials of credit, lost opportunity to receive credit, economic loss, damage to reputation, loss of self-esteem, an invasion of privacy.  You cannot credibly make any of these claims.

A simple mistake was made and Springleaf has taken all steps necessary to correct the problem.  No compensation is due to you.

Very truly yours,

Beth McNamara Wilson
Assistant General Counsel

cc:     Eugene Wilke
        Jay Johnson
        Mark Muncher

# Your personal credit report

## Experian
A world of insight

PO Box 9701
Allen, TX 76013



0005701 03 MB 0.602 **AUTO   5 0 7026 35204-391827   -C02-P05703-11
BRIAN K JOHNSON

BIRMINGHAM AL  35204-3919



Scan me with your smart phone
for special offers from Experian.

Prepared for: **BRIAN K JOHNSON**
Date: January 28, 2014
Report number: **1976-4827-00**

In response to your recent request, we're pleased to send you
this credit report. Your credit information can change over time,
so we recommend you keep track of any changes by signing up
for credit monitoring at **experian.com/monitor.**

## Contents

2   About the information in this report
2   Tools to manage your personal credit
3   Disputing information in this report
7   Your accounts that may be considered negative
7   Your accounts in good standing
12  Record of requests for your credit history
13  Your personal information
15  Dispute form
16  Notification of Rights



**For your attention**
Visit experian.com/view to view this credit report
instantly online. You may also dispute the most
information directly and easily within the online
report.

Page 1 of 16

7026-02-00-0005701-0001-0049610





0004808821

■ **About the information in this report**
Here's an explanation of the key information about you and your credit history that's included in this report:

*Your credit items that may be considered negative*
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. The key word is "potentially." Experian doesn't make judgments about the information in your credit report. The list is provided as a service to direct your attention to what Experian thinks lenders are likely to consider negative when reviewing your credit history. For example, if you have missed payments in the past, they would likely be viewed negatively.

*Your accounts in good standing*
Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed. This section also includes up to two years of your monthly balances on an account if reported by your creditor.

*Companies that have requested your credit history*
We list anyone that has requested your credit information in the last two years, including companies that have requested your credit report as a result of an action you took, such as applying for credit. We also include requests about you from those with a permissible purpose, such as a potential employer, investor or pre-approved credit grantor.

*Your personal information*
This information is reported to us by you, your creditors and other sources, and includes your name, variations of your name reported to us, addresses, Social Security number (and variations reported to us), date of birth, telephone numbers and employers.

■ **Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

■ **Tools to manage your personal credit**
*What's your credit score?*
Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.

*Credit Monitoring*
Monitor and protect your credit with Experian's credit management tools. Visit experian.com/monitor to find out more.

■ **Disputing information in this report**
Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. Because your report is updated often, contact us within 90 days of the date of this report. We will process your dispute generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information is to visit us at:
www.experian.com/disputes

You can also complete the dispute form at the end of this report and mail it to us at:

Experian, NCAC, P.O. Box 2002, Allen TX 75013

*Or you can call us at:*
800 509 8495. Dispute services are available 24 hours a day.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

Experian·
A world of insight

Prepared for: **BRIAN K JOHNSON**
Date: January 28, 2014
Report number: 1976-4827-00

Page 3 of 16

7026-02-00-0006701-0002-0046809

Page 4 of 16

Prepared for: BRIAN K JOHNSON
Date: January 28, 2014
Report number: 1976-4827-00

Experian
A world of insight



Experian.
A world of insight.

Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Page 5 of 16

7025-02-00-0005701-0003-0048808

Page 8 of 18

Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Experian™
A world of insight



Experian

A world of insight

Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Page 8 of 16

Prepared for: **BRIAN K. JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**



Experian
A world of insight

Prepared for: BRIAN K JOHNSON
Date: January 28, 2014
Report number: 1976-4827-00

Page 9 of 16

CC04-808821



Page 10 of 16

Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Experian™
A world of insight.



Experian
A world of insight

Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Page 11 of 16

Page 12 of 16

Prepared for: **BRIAN K. JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**



Experian
A world of insight

Prepared for: BRIAN K. JOHNSON
Date: January 28, 2014
Report number: 1976-4827-00

Page 13 of 16

000480882I



Prepared for: **BRIAN K JOHNSON**
Date: **January 28, 2014**
Report number: **1976-4827-00**

Experian™
A world of insight

DOCUMENT 2

::::: Experian.
A world of insight

Prepared for: **BRIAN K JOHNSON**
Date:  January 28, 2014
Report number:  1876-4827-00

Page 15 of 16

## Dispute form

*For the fastest and easiest way to dispute most information, visit:*

**www.experian.com/disputes**

You may also mail this form to: Experian, P.O. Box 9701, Allen, TX 75013
Or, call us for assistance at 1 800 509 8495
You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Use this form for any disputes you wish to submit by mail.
Complete all of the following information and submit by mail, within 90 days from the report date listed above. Once we receive your dispute, it may take up to 30 days (or up to 45 days for results) of the information in an annual free credit report) to process your dispute. We will then notify you of the results. You may make copies of this form to submit additional disputes or use a separate piece of paper.

Remember, most accounts negative information will remain a part of your credit history for up to seven years and bankruptcies and unpaid tax liens for up to 10 years.

**What's your credit score?** Find out by ordering your VantageScore® for only $7.95.
☐ Send my VantageScore (Score will include investigation results of any disputes submitted on this form. Make check or money order payable to Experian.)
☐ Request overnight delivery via FedEx for an additional $20 to receive your score report before investigation is completed.

*Intentionally making any false statement could be punishable by law.*

**Your current identification information** (correct any incorrect information)
Fill in your Social Security number: _____
(We cannot honor your request without your Social Security number.)
Current Mailing Address: 1127 5TH AVE W  BIRMINGHAM AL  35204-3819
Year of birth: 1970
Enter your email address to be notified when your credit results are ready: _____

**Is any of the information below *incorrect* on your report?**
☐ Spouse's name  ☐ Telephone number – Which one is *incorrect?* _____
☐ Employer – Which one is *incorrect?* _____
☐ Date of birth – Fill in your *correct* date of birth: __/__/__
☐ Address – Which one is *incorrect?* _____

*Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.*

0004808821

---

**First dispute**

Company name: _____

Your partial account number: _____

I believe this item is incorrect because (Choose only one):
☐ Payment never late ☐ Account closed ☐ Paid in full – On what date? __/__/__
☐ Account included in bankruptcy – Chapter: _____ Filing date: __/__/__
☐ Not my account – Who does it belong to? _____
☐ Other – Must explain: _____

**Second dispute**

Company name: _____

Your partial account number: _____

I believe this item is incorrect because (Choose only one):
☐ Payment never late ☐ Account closed ☐ Paid in full – On what date? __/__/__
☐ Account included in bankruptcy – Chapter: _____ Filing date: __/__/__
☐ Not my account – Who does it belong to? _____
☐ Other – Must explain: _____

**Third dispute**

Company name: _____

Your partial account number: _____

I believe this item is incorrect because (Choose only one):
☐ Payment never late ☐ Account closed ☐ Paid in full – On what date? __/__/__
☐ Account included in bankruptcy – Chapter: _____ Filing date: __/__/__
☐ Not my account – Who does it belong to? _____
☐ Other – Must explain: _____

---

7026-02-00-0005701-0003-0046803



**Experian**
A world of insight™

Prepared for: **BRIAN K JOHNSON**
Date: January 28, 2014
Report number: 1976-4827-00

Page 16 of 16

## Alabama Consumers Have the Right to Obtain a Security Freeze.

You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail or by electronic means as provided by a consumer reporting agency. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. If you are actively seeking a new credit, loan, utility, telephone, or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your applications for credit. You should plan ahead and lift a freeze in advance of actually applying for new credit. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a period of time after the freeze is in place.

To provide that authorization you must contact the consumer reporting agency and provide all of the following:

(1) Your personal identification number or password.

(2) Proper identification to verify your identity.

(3) The proper information regarding the period of time for which the report shall be available. A consumer reporting agency must authorize the release of your credit report no later than 15 minutes after receiving the above information if the request is by electronic means or by telephone, or no later than three business days when a written request is submitted.

A security freeze does not apply to a person or entity, or its affiliates or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance. Unless you are a victim of identity theft with a police report or other official document acceptable to a consumer reporting agency to verify the crimes, or you are 65 years of age or older, a consumer reporting agency has the right to charge you a fee of no more than ten dollars ($10) to place a freeze on your credit

0004808821

7025-02-00-0005701-0008-0048603

DOCUMENT 2

## ALABAMA BILL OF RIGHTS

### Alabama Consumers Have the Right to Obtain a Security Freeze.

You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail or by electronic means as provided by a consumer reporting agency. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. If you are actively seeking a new credit, loan, utility, telephone, or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your applications for credit. You should plan ahead and lift a freeze in advance of actually applying for new credit. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a period of time after the freeze is in place.

To provide that authorization you must contact the consumer reporting agency and provide all of the following:

1) Your personal identification number or password.
2) Proper identification to verify your identity.
3) The proper information regarding the period of time for which the report shall be available. A consumer reporting agency must authorize the release of your credit report no later than 15 minutes after receiving the above information if the request is by electronic means or by telephone, or no later than three business days when a written request is submitted.

A security freeze does not apply to a person or entity, or its affiliates or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance. Unless you are a victim of identity theft with a police report or other official document acceptable to a consumer reporting agency to verify the crimes, or you are 65 years of age or older, a consumer reporting agency has the right to charge you a fee of no more than ten dollars ($10) to place a freeze on your credit report."

P.O. Box 105314
Atlanta GA 30348

January 28, 2014

 **EQUIFAX**

 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com

 001575272-924
Brian Keith Johnson

Birmingham, AL 35204-3919

Dear Brian Keith Johnson:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

To allow us to protect your privacy and deliver prompt service, please have your confirmation number accessible when you call or visit our web site. If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

### www.investigate.equifax.com

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC**
**P.O. Box 105314**
**Atlanta GA 30348**

*NOTE: Sending the Research Request Form to any other address will delay the processing of your request.*

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at:** *1-877-SCORE-11.*

---

### Get Informed. Be empowered.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at 866-349-5186.

---

DOCUMENT 2

## State of Alabama – Notice to Consumers

Alabama Consumers Have the Right to Obtain a Security Freeze

You have a right to place a security freeze on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail or by electronic means as provided by a consumer reporting agency. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. If you are actively seeking a new credit, loan, utility, telephone, or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your applications for credit. You should plan ahead and lift a freeze in advance of actually applying for new credit. When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a period of time after the freeze is in place.

To provide that authorization you must contact the consumer reporting agency and provide all of the following:

   (1) Your personal identification number or password.

   (2) Proper identification to verify your identity.

   (3) The proper information regarding the period of time for which the report shall be available.

A consumer reporting agency must authorize the release of your credit report no later than 15 minutes after receiving the above information if the request is by electronic means or by telephone, or no later than three business days when a written request is submitted.

A security freeze does not apply to a person or entity, or its affiliates or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance. Unless you are a victim of identity theft with a police report or other official document acceptable to a consumer reporting agency to verify the crimes, or you are 65 years of age or older, a consumer reporting agency has the right to charge you a fee of no more than ten dollars ($10) to place a freeze on your credit report.

To place a security freeze on your Equifax credit report, send your request via certified mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA 30348

Or, you may contact us on the web at equifax.com or call 800-685-1111.

The fee to place a security freeze is $10.00. If you are a victim of identity theft and you submit a copy of a valid investigative or incident report or complaint with a law enforcement agency about the unlawful use of your identifying information by another person that was filed with the law enforcement agency no more than 90 days prior to your request for a security freeze or if you are sixty-five (65) years of age or older, no fee will be charged. Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 10 business days of receipt of the request via first class mail. It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific period of time.

DOCUMENT 2

EQUIFAX

DOCUMENT 2



DOCUMENT 2



DOCUMENT 2

DOCUMENT 2

DOCUMENT 2



DOCUMENT 2

DOCUMENT 2

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.



4038038G123PD-0015762/2- 924 - 2172 - DS

**** End of Credit File ****

o **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to to www.consumerfinance.gov/learnmore.

o **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

o **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

o **Identity theft victims and active duty military personnel have additional rights.** For more information, visit to www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | b. Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center P. O. Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, SE Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, SW Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

DOCUMENT 2

## Commonly Asked Questions About Credit Files

**Q.  How can I correct a mistake in my credit file ?**

**A.**  Complete the Research Request form and give details of the information you believe is incorrect.  We will then check with the credit grantor, collection agency or public record source to see if any error has been reported.  Information that cannot be verified will be removed from your file.  If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.  Why doesn't my credit information from Equifax match that of Experian and TransUnion ?**

**A.**  Credit information providers do not share your credit data with each other. As a result, updates made to your Equifax credit file may not be reflected on reports from Experian and TransUnion. You will need to contact the other credit information services directly to correct any inaccurate information. Contact information is provided below:

**Trans Union, PO Box 1000, Chester, PA 19022  Phone: (800) 888-4213**

**Experian, P.O. Box 9530  Allen, TX 75013  Phone: (888) 397-3742**

**Q.  If I do have credit problems, is there someplace where I can get advice and assistance ?**

**A.**  Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems.  CCCS can help you analyze your situation and work with you to develop solutions.  There are more than 600 CCCS offices throughout the country.  Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

o   The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts:  Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:   Accounts paid as agreed remain for up to 10 years from the Date Reported.  Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:  Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:  Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship.  This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period.  This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information.  If you have always paid an account as agreed, the account should not have payment history status information.  Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

o   Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

### Additional Notice to Consumer:

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

# EQUIFAX
DOCUMENT 2
## RESEARCH REQUEST FORM

You may initiate an investigation request via the internet at www.investigate.equifax.com. To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**  Yes   No

| **Confirmation Number:** | |
|---|---|

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** Brian Keith Johnson                                             **SS#:** XXX-XX-1006
                                                                          **DOB:**        1970

**Current Address:** [redacted] Birmingham, AL  35204

**Previous Address(es):** [redacted] Birmingham, AL  35234
                                     Birmingham, AL  35203

**Daytime Phone Number**                                        **Evening Phone Number**

**List other names which you have used for credit in the past**

## Public Record Information

**Courthouse Name** _____  **Case Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Satisfied   ☐ Released   ☐ Dismissed   ☐ Discharged
☐ Other (Please explain) _____

**Courthouse Name** _____  **Case Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Satisfied   ☐ Released   ☐ Dismissed   ☐ Discharged
☐ Other (Please explain) _____

## Credit Account Information

**Company Name** _____  **Account Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____  **Account Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____  **Account Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____  **Account Number** _____
Reason for Investigation:   ☐ Not Mine   ☐ Paid in Full   ☐ Current/Previous Payment Status Incorrect   ☐ Account Closed
☐ Other (Please explain) _____

January 28, 2014

*** 341573529-004 ***
P.O. Box 2000
Chester, PA 19022-2000

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

01/28/2014    

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

P3A8QR00202975-10381.29-291439905
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
BRIAN K. JOHNSON

BIRMINGHAM, AL 35204-3919

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

P 3A8QR-002 02975-i038129 01/14

DOCUMENT 2

# TransUnion Personal Credit Score
BRIAN K. JOHNSON



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>--<br>Created on<br>01/28/2014 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

**Important Information concerning Your TransUnion Credit Report:**

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.

YOUR CREDIT FILE CONTAINS:

- Information obtained from public records. This information was collected from public records sources by TransUnion or a company we hired. You may be required to explain these items to potential creditors.
- Discharged Chapter 7 Bankruptcy. Discharged Chapter 7 Bankruptcy remains on your file for up to 10 years. See Public Record section for more information.
- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



DOCUMENT 2
Page: 1 of 8

File Number:
Date Issued:                01/28/2014

-Begin Credit Report-


TransUnion.

To dispute online go to: http://transunion.com/disputeonline

R 3ABQR-002 02975-0038131 03/14

P 3A8QR-002 02975-I033132 04/14



DOCUMENT 2

Page: 4 of 8

P 3A8QR-002 02975-038134 06/14

DOCUMENT 2







DOCUMENT 2

Page 8 of 8



**-End of Credit Report-**

## Should you wish to contact TransUnion, you may do so.

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## Summary of Rights

### GENERAL SUMMARY OF CONSUMER RIGHTS UNDER THE FCRA

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you--must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission Consumer Response Center - FCRA Washington, DC 20580                    1-877-382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH) PO Box 1200 Minneapolis, MN 55480                    1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590                    1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center-FCRA Washington, DC 20580                    1-877-382-4357 |



DOCUMENT 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ATLANTA GA 30348

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.11 | 0//3/20.4 |

Postmark Here

Sent To: Annual Credit Report Request Serv
Street, Apt. No.; or PO Box No. P.O. Box 105281
City, State, ZIP+4 Atlanta, GA 30348-5281

7012 3460 0000 3889 4001

PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

EVANSVILLE IN 47701

| | | |
|---|---|---|
| Postage | $ | $0.92 | 0023 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.57 | 12/03/2013 |

Postmark

Sent To: Springleaf Financial Services
Street, Apt. No.; or PO Box No. P.O. Box 59
City, State, ZIP+4 Evansville, IN 47701-0059

7012 3460 0000 3889 3998

PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BIRMINGHAM AL 35209

| | | |
|---|---|---|
| Postage | $ | $0.46 | 0260 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.11 |

Postmark

Sent To: Springleaf Financial Services
Street, Apt. No.; or PO Box No. 430 Green Springs Hwy Suit
City, State, ZIP+4 Homewood, Al 35209-4923

7013 2630 0000 8312 7047

PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

BIRMINGHAM AL 35209

| | | |
|---|---|---|
| Postage | $ | $0.92 | 0023 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.57 | 12/03/2013 |

Postmark

Sent To: Springleaf Financial Services
Street, Apt. No.; or PO Box No. 430 Green Springs Hwy. Suite
City, State, ZIP+4 Homewood, Al 35209-4923

7012 3460 0000 3889 3981

PS Form 3800, August 2006

---

**COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

...af Financial Services
...reen Springs Hwy
Suite 13
...od, Al 35209-4923

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Jan Johnson   C. Date of Delivery 12/4/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   7012 3460 0000 3889 3981

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

DOCUMENT 2

# RECEIPT

No.

DATE 12-02-13

FROM Brian Johnson                    $ 5.00

Fin Damn Nat _____ DOLLARS

@FOR Notary

| Amount of Account |   |   | ⊙ CASH |
| Amount of Paid | 5 | 00 | ◯ CHECK |
| Balance Due |   |   | ◯ MONEY ORDER |
|   |   |   | ◯ CREDIT CARD |

FROM _____ TO ab
BY _____

# RECEIPT

No.

DATE 12-02-13

FROM Brian Johnson                    $ 5.00

Fin Bellin low cell _____ DOLLARS

@FOR Notary

| Amount of Account |   |   | ◯ CASH |
| Amount of Paid | 5 | 00 | ◯ CHECK |
| Balance Due |   |   | ◯ MONEY ORDER |
|   |   |   | ◯ CREDIT CARD |

FROM _____ TO 4
BY _____

# RECEIPT

No.

DATE 12-28-13

FROM Brian Johnson                    $ 5.00

_____ DOLLARS

@FOR Notary

| Amount of Account |   |   | ⊙ CASH |
| Amount of Paid | 5 | 00 | ◯ CHECK |
| Balance Due |   |   | ◯ MONEY ORDER |
|   |   |   | ◯ CREDIT CARD |

FROM _____ TO
BY webs 1

DOCUMENT 2

## RECEIPT

No.

DATE _12 - 08 — 13_

FROM _Brian Johnson_   $ 5.00

_Five Dollars and cut_  DOLLARS

FOR _Notary_

| Amount of Account | | |
|---|---|---|
| Amount of Paid | 5 | 00 |
| Balance Due | | |

○ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM ___ TO ___
BY _William_

## RECEIPT

No.

DATE _12-08-13_

FROM _BRIAN Johnson_   $ 5.00

_Five Dollars and ca._  DOLLARS

FOR _Notary_

| Amount of Account | | |
|---|---|---|
| Amount of Paid | 5 | 00 |
| Balance Due | | |

◉ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM ___ TO _by_
BY _William_

## RECEIPT

No.

DATE _12-8-2013_

FROM _Brian K. Johnson_   $ 8.00

_[5] Eht Dollars too Cent._  DOLLARS

FOR _Notary Public_

| Amount of Account | | $8.00 |
|---|---|---|
| Amount of Paid | | |
| Balance Due | | |

◉ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM _Brian K John_ TO _by_
BY _William John_

## RECEIPT

No.

DATE _12-08-13_

FROM _Brian Johnson_   $ 21.00

_Twenty one Dollars and no cent_  DOLLARS

FOR _NOTARY_

| Amount of Account | | |
|---|---|---|
| Amount of Paid | 21 | 00 |
| Balance Due | | |

◉ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD

FROM ___ TO _by_
BY _William_

# RECEIPT

No.

DATE _12-08-01_

FROM _Brian Johnson_ _$5.00_

_Five Rolls to cut_ DOLLARS

FOR _No Tax_

| Amount of Account | | ○ CASH | |
|---|---|---|---|
| Amount of Paid | 5 .00 | ○ CHECK | FROM _____ TO _4_ |
| Balance Due | | ○ MONEY ORDER | BY _____ |
| | | ○ CREDIT CARD | |

# RECEIPT

No.

DATE _12-08-13_

FROM _Brian Johnson_ _$5.00_

_Five Pdr Arts end cut_ DOLLARS

FOR _No Tax_

| Amount of Account | | ○ CASH | |
|---|---|---|---|
| Amount of Paid | 5 .00 | ○ CHECK | FROM _____ TO _a_ |
| Balance Due | | ○ MONEY ORDER | BY _____ |
| | | ○ CREDIT CARD | |

DOCUMENT 3

AVSO305

ALABAMA JUDICIAL DATA CENTER
JEFFERSON     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2015 000213.00
JOSEPH L. BOOHAKER

IN THE CIRCUIT COURT OF JEFFERSON COUNTY

BRIAN KEITH JOHNSON   VS   SPRINGLEAF FINANCIAL SERVICES

SERVE ON:  D001

SPRINGLEAF FINANCIAL SERVICES
430 GREEN SPRINGS HWY
SUITE 13
HOMEWOOD        ,AL  35209-4923

NOTES:

    SUMMONS & COMPLAINT

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

06/15/2015   DATE          CLERK: ANNE-MARIE ADAMS       BY
                                  RM 400 JEFF CO COURTHOUSE
                                  BIRMINGHAM  AL   35203
                                  (205)325-5355

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

                                  SIGNATURE OF SERVER

NAME / ADDRESS ABOVE               DATE

OPERATOR: KAH
PREPARED: 06/15/2015

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUN 30 2015
ANNE-MARIE ADAMS
CLERK

EXECUTED this the JUN 29 2015
day of _____ 20__
by leaving a copy of the within with
JAY JOHNSON
MGR
MIKE HALE, Sheriff
Jefferson County, Alabama
By _____ D.S.

DOCUMENT 4



**AlaFile E-Notice**

01-CV-2015-000213.00

Judge: JOSEPH L. BOOHAKER

To: JOHNSON BRIAN KEITH (PRO SE)

BIRMINGHAM, AL 35204-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BRIAN KEITH JOHNSON  VS  SPRINGLEAF FINANCIAL SERVICES
01-CV-2015-000213.00

The following matter was served on 6/29/2015

**D001 SPRINGLEAF FINANCIAL SERVICES**

OTHER

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov