FILED
2015 Aug-20  PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRIAN KEITH JOHNSON,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:15-CV-1268-RDP** |
| | } | |
| **SPRINGLEAF FINANCIAL SERVICES,** | } | |
| | } | |
| **Defendant.** | } | |

### ORDER OF DISMISSAL

In accordance with the accompanying memorandum opinion, Defendant's Motion to Compel Arbitration and Stay Litigation (Doc. # 4) is **GRANTED IN PART** and **DENIED IN PART**.  The Motion is **GRANTED** insofar as it seeks to compel binding arbitration of Plaintiff's claim against Defendant. To that end, **on or before September 9, 2015**, Defendant **SHALL** provide information to Plaintiff regarding the procedures for initiating arbitration proceedings. To the extent the Motion seeks to stay (as opposed to dismiss) this action, it is **DENIED**.

On the court's own Motion, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**[1] to the right of the prevailing party to enforce any arbitration award.

The parties shall bear their own costs herein.

**DONE** and **ORDERED** this August 20, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] *See, e.g., Green Tree Fin. Corp. v. Randolph*, 531 U.S. 79, 87 n. 2 (2000).